IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-mj-63-TFM |
| ) | |
| TORRENCE KENDALL SURLES ) | |

## GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for detention for the above-captioned defendant.

1. **Eligibility of Cases**

    This case is eligible for a detention order because this case involves:

    _____   10 + year crime of violence (18 U.S.C. § 3156)

    _____   10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

    _____   Maximum sentence of life imprisonment or death

    \_\_\_\_X\_\_\_\_\_   10 + year drug offense

    _____   Felony, with two prior convictions in the above categories

    _____   Felony involving a minor victim

    _____   Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

    _____   Failure to register as a sex offender (18 U.S.C. § 2250)

    _____   Serious risk the defendant will flee

    _____   Serious risk of obstruction of justice

2. <u>Reason for Detention</u>

The Court should detain defendant because there are no conditions of release which will reasonably assure:

__X__   Defendant's appearance as required

__X__   Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

__X__   Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

__X__   Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

_____   Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

_____   Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B))

_____   Probable cause to believe defendant committed 10 + year offense involving a minor victim

4. <u>Time for Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____   At the initial appearance

__X__   After continuance of <u>3</u> days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

-3-

Respectfully submitted this the 9th day of July, 2007.

        LEURA G. CANARY
        United States Attorney

        /s/ Christa D. Deegan
        CHRISTA D. DEEGAN
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        334.223.7280
        334.223.7138 fax
        christa.d.deegan@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-mj-63-TFM |
| | ) | |
| TORRENCE KENDALL SURLES | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on July 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Office of the Federal Defender.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christa D. Deegan
CHRISTA D. DEEGAN
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7138 fax
christa.d.deegan@usdoj.gov