IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JUL 18 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:07cr142-MHT |
| ) | [21 USC § 841(a)(1); |
| TORRENCE KENDALL SURLES ) | 18 USC § 115(a)(1)(A) & (B)] |
| ) | |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about May 24, 2007, in Lowndes County, in the Middle District of Alabama, the Defendant,

**TORRENCE KENDALL SURLES,**

did knowingly and intentionally possess with intent to distribute and did distribute less than five (5) grams of a mixture or substance containing a detectable amount of cocaine-base (crack-cocaine), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 2

On or about May 30, 2007, in Lowndes County, in the Middle District of Alabama, the Defendant,

**TORRENCE KENDALL SURLES,**

did knowingly and intentionally possess with intent to distribute and did distribute approximately 7.9 grams of a mixture or substance containing a detectable amount of cocaine-base (crack-cocaine), a Schedule II controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1).

## COUNT 3

On or about July 6, 2007, in Lowndes County and elsewhere, in the Middle District of Alabama, the Defendant,

**TORRENCE KENDALL SURLES,**

did willfully and unlawfully threaten to assault a federal law enforcement officer; to wit: a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives and did willfully and unlawfully threaten to assault her immediate family; in a telephone call on July 6, 2007, with the intent to impede, intimidate, interfere with and retaliate against said Special Agent while she was engaged in and on account of the performance of her official duties, in violation of Title 18, United States Code, Sections 115(a)(1)(A) & (B).

## FORFEITURE ALLEGATION

A.  Counts 1 through 2 of this Indictment are hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violations of Title 21, United States Code, Section 841(a)(1) as alleged in Counts 1 through 2 of this Indictment, the Defendant,

**TORRENCE KENDALL SURLES,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said Defendant obtained, directly or indirectly, as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of any violation alleged

in Counts 1 through 2 of this Indictment.

    C.    If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the Defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or,

    (5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said Defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 841.

A TRUE BILL

*[signature]* Deputy Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney

_____
CHRISTA D. DEEGAN
Assistant United States Attorney