IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 2:07cr142-MHT |
| | ) |
| TORRENCE KENDALL SURLES | ) |

## ORDER TO PRODUCE PRISONER FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for AUGUST 1, 2007 in the above-styled case.

You are DIRECTED to produce the following named prisoner: TORRENCE KENDALL SURLES before the United States District Court at 5B Courtroom, on the 1ST day of AUGUST, 2007, at 10:30 a.m.

DONE, this the 20th day of July, 2007.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: /s/
Deputy Clerk