## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v** | ) | **CR. NO. 2:07CR-142-MHT** |
| | ) | |
| **TORRENCE KENDALL SURLES** | ) | |

## ORDER

For good cause, it is

**ORDERED** that the pretrial conference presently set for **September 21, 2007** be and is hereby **RESET** for **October 12, 2007 at 1:00 p.m.**, in courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 6th day of August, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE