IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   2:07-cr-142-MHT |
| TORRENCE KENDALL SURLES ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody TORRENCE KENDALL SURLES into the custody of HIDTA Special Agents Bret Hamilton, Becky Sparkman, and/or Eddie Spivey, on August 7, 2007, through January 31, 2008, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents Bret Hamilton, Becky Sparkman, and/or Eddie Spivey to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 6th day of August, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Christa D. Deegan
CHRISTA D. DEEGAN
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104-3429
Phone: (334)223-7280    Fax: (334)223-7138
E-mail: christa.d.deegan@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.  2:07-cr-142-MHT |
| TORRENCE KENDALL SURLES ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Butler, Esquire.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Christa D. Deegan
CHRISTA D. DEEGAN
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104-3429
Phone: (334)223-7280   Fax: (334)223-7138
E-mail: christa.d.deegan@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.  2:07-cr-142-MHT |
| TORRENCE KENDALL SURLES ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #   ), filed on August 6, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of TORRENCE KENDALL SURLES to HIDTA Special Agents Bret Hamilton, Becky Sparkman, and/or Eddie Spivey, on August 7, 2007, through January 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Special Agents Bret Hamilton, Becky Sparkman, and/or Eddie Spivey shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE