IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07cr142-MHT |
| | ) | |
| TORRANCE KENDALL SURLES | ) | |

**ORDER**

On October 1, 2007, the defendant filed a motion to reopen detention hearing and request for evidentiary hearing (doc. # 20). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion for an evidentiary hearing be and is hereby GRANTED and an evidentiary hearing on the motion to reopen detention be and is hereby SET for **1:30 p.m. on October 10, 2007** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding. It is further

ORDERED that on or before **October 9, 2007**, the United States shall file a response to the defendant's motion to reopen detention hearing.

Done this 2nd day of October 2007

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE