IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:07cr142-MHT |
| | ) | |
| TORRANCE KENDALL SURLES | ) | |

**<u>UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL</u>**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Clark A. Morris, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 9th of Octoberr, 2007.

                                                    LEURA G. CANARY
                                                    UNITED STATES ATTORNEY

                                                    /s/ Clark A. Morris
                                                    CLARK A. MORRIS
                                                    Assistant United States Attorney
                                                    131 Clayton Street
                                                    Montgomery, Alabama 36104
                                                    Telephone: (334) 223-7280
                                                    Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:07cr142-MHT |
| | ) | |
| TORRANCE KENDALL SURLES | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Clark A. Morris
CLARK A. MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135