IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07cr142-MHT |
| | ) | |
| TORRANCE KENDALL SURLES | ) | |

**ORDER**

Previously, the court granted the defendant's request for a hearing, (doc. # 21) on his motion to reopen the detention hearing (doc. # 20). On October 10, 2007, the court heard evidence and argument on the motion to reopen. The court concludes that the detention of the defendant was fully warranted as his propensity for selling drugs demonstrates that he is a danger to the community. Accordingly, it is

ORDERED that the motion to reopen (doc. # 20) be and is hereby DENIED.

Done this 10th day of October, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE