## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v** | ) | **CR. NO. 2:07-CR-142-MHT** |
| | ) | |
| **TORRENCE KENDALL SURLES** | ) | |

## ORDER

Upon consideration of the *Motion to Substitute Attormey,* (doc. #25) filed by the United States, it is

**ORDERED** that the motion be and is hereby **GRANTED**.

Done this 11th day of October, 2007.


                          /s/Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE