**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CR. No.: 2:07cr142-MHT** |
| | **)** | |
| **TORRENCE KENDALL SURLES** | **)** | |

<u>                                        **NOTICE OF INTENT TO CHANGE PLEA**</u>

COMES NOW the Defendant, **TORRENCE KENDALL SURLES,** by and through undersigned counsel, Kevin L. Butler, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty.  Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 27th day of November, 2007.

Respectfully submitted,


<u>s/ Kevin L. Butler</u>
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: <u>kevin_butler@fd.org</u>
AZ Bar Code: 014138

1

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 2:07cr142-MHT** |
| | ) | |
| **TORRENCE KENDALL SURLES** | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 27, 2007, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138