IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO. 2:07-cr-142-MHT |
| TORRENCE KENDALL SURLES | ) | |
| | ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney Verne H. Speirs as counsel of record for the United States of America in this matter in place of Assistant United States Attorney A. Clark Morris.

Respectfully submitted this the 16th day of January, 2008.

                                                                          LEURA G. CANARY
                                                                          UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7138 fax
verme.speirs@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **CR. NO. 2:07-cr-142-MHT** |
| **TORRENCE KENDALL SURLES** ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler, Esquire, and Michael Petersen, Esquire.

        Respectfully submitted,

        /s/ Verne H. Speirs
        VERNE H. SPEIRS
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        (334) 223-7280
        (334) 223-7138 fax
        verne.speirs@usdoj.gov