```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
**v.** ) CASE NO. 2:07cr142-MHT
)
**TORRENCE KENDALL SURLES** )

## O R D E R

Upon consideration of the Motion to Strike (Doc. No. 43) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE, this the 19th day of February, 2008.

                                                       /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE