AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

| UNITED STATES OF AMERICA | **NOTICE** |
|---|---|
| V. | |
| TORRENCE KENDALL SURLES | CASE NUMBER: 2:07cr142-MHT |

TYPE OF CASE:

☐ CIVIL     X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING HEARING

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex One Church Street Montgomery, AL 36104 | 2/21/2008 @ 10:00 a.m. | 2/21/2008 @ 1:30 p.m |

DEBRA P. HACKETT, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

2/20/2008
DATE

(BY) DEPUTY CLERK