IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr142-MHT |
| TORRENCE KENDALL SURLES | ) | |

ORDER

It is ORDERED that the motion to substitute counsel
(Doc. No. 42) is granted.

DONE, this the 20th day of February, 2008.


    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE